**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2072**

PEGGY LUE COLEMAN (Widow of EVERETT DEAN COLEMAN),

Petitioner,

v.

CEDAR COAL COMPANY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board. (12-0298-BLA)

Submitted:  February 18, 2014        Decided:  February 26, 2014

Before NIEMEYER, DAVIS, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Peggy Lue Coleman, Petitioner Pro Se.  Mark Joseph Grigoraci, David Y. Yaussey, ROBINSON & MCELWEE, PLLC, Charleston, West Virginia; Sarah Marie Hurley, Gary K. Stearman, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peggy Coleman seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. Coleman v. Cedar Coal Co., No. 12-0298-BLA (B.R.B. Feb. 27, 2013; July 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED